**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Barsanti, et al., | No. CV-25-00303-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Cameron DeLoach, et al., | |
| Defendants. | |

The amended complaint alleges the court "has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), as there is diversity between the parties and the amount in controversy exceeds $75,000." (Doc. 44 at 3.) The complaint also alleges plaintiff Darren Lawhorn "is an individual residing in Maricopa County, State of Arizona" while defendant Nathan Butterfield is "an individual residing in the State of Arizona." (Doc. 44 at 2.) Butterfield's answer admits these allegations. (Doc. 48 at 2.) It appears there is not complete diversity of citizenship, and the parties must file a supplement identifying their citizenships. *See Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 32–33 (2025) ("when the plaintiff in an original case amends her complaint to withdraw the federal claims, leaving only state claims behind, she divests the federal court of adjudicatory power").

The complaint also names as defendants various limited liability companies but does not properly identify the citizenships of those companies. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (a limited liability company

is "a citizen of every state of which its owners/members are citizens"). For purposes of diversity jurisdiction, ownership of a limited liability company must be "traced through as many levels as necessary until reaching a natural person or a corporation." *City of E. St. Louis, Illinois v. Netflix, Inc.*, 83 F.4th 1066, 1070 (7th Cir. 2023).

Counsel for former plaintiff Bradley Vargas have moved to withdraw. (Doc. 49.) Vargas was not identified as a plaintiff in the complaint filed on April 18, 2025, and he was terminated from this action as a result. (Doc. 44.) The motion to withdraw is denied as moot.

Accordingly,

**IT IS ORDERED** no later than **May 22, 2025**, the parties shall file a joint statement setting forth the citizenship of each party. For the limited liability companies, the joint statement must identify each owner or member until the citizenship of a natural person or corporation is identified.

**IT IS FURTHER ORDERED** the Motion to Withdraw (Doc. 49) is **DENIED AS MOOT**.

Dated this 19th day of May, 2025.

Honorable Krissa M. Lanham
United States District Judge